UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DARCI RAVENSCRAFT,**

      **Plaintiff,**

                              Case No. 2:13-cv-11710-MOB

**v.**

                              Hon. Marianne O. Battani

**GC SERVICES, LP,**

      **Defendant.**

| AGRUSS LAW FIRM, LLC<br>Michael S. Agruss<br>Attorneys for Plaintiff<br>22 W. Washington Street, Suite 1500<br>Chicago, IL  60602<br>(312) 224-4695<br>Fax:  (312) 253-4451<br>Michael@agrusslawfirm.com | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452)<br>Lara L. Kapalla (P67667)<br>Attorneys for Defendant<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>Fax: (517) 374-6304<br>hodge@millercanfield.com<br>eldridge@millercanfield.com<br>kapalla@millercanfield.com |
|---|---|

**DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Fed.R.Civ.P. 7.1 and E.D. Mich. LR 83.4, Defendant GC Service Limited Partnership ("GC Services") makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly-traded company?

Answer:    No.  At the present time, GC Services, as an entity, is not a party or subsidiary or affiliate of a publicly owned corporation.

2. Does the party have any parent corporations?

Answer:    No.

3. Is 10% or more of the party's stock owned by a publicly held corporation or other publicly held entity?

Answer: No.

4. Is there a publicly-owned corporation, or other publicly held entity that has a financial interest in the outcome of the litigation?

Answer: No.

> Respectfully submitted,
>
> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
> Michael J. Hodge (P25146)
> Scott R. Eldridge (P66452)
> Lara L. Kapalla (P67667)
>
>
> By:  s/Scott R. Eldridge
>     Scott R. Eldridge
>     Attorneys for Defendant GC Services Limited Partnership
>     One Michigan Avenue, Suite 900
>     Lansing, MI  48933-1609
>     (517) 487-2070
>     eldridge@millercanfield.com

Dated: June 5, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of said filing to: Michael S. Agruss.

> MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
> Michael J. Hodge (P25146)
> Scott R. Eldridge (P66452)
> Lara L. Kapalla (P67667)
>
>
> By:  s/Scott R. Eldridge
>     Scott R. Eldridge
> Attorneys for Defendant GC Services LP
> One Michigan Avenue, Suite 900
> Lansing, MI  48933
> (517) 487-2070
> email: eldridge@millercanfield.com

DATED: June 5, 2013
21237195.1\031578-00063