UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARCI RAVENSCRAFT,

       Plaintiff,

v.

GC SERVICES, LP,

       Defendant.

Case No. 2:13-CV-11710-MOB

Hon. Marianne O. Battani

| AGRUSS LAW FIRM, LLC | MILLER, CANFIELD, PADDOCK AND STONE, PLC |
|---|---|
| Michael S. Agruss | Scott R. Eldridge (P66452) |
| 22 W. Washington Street, Suite 1500 | Lara Lenzotti Kapalla (P67667) |
| Chicago, IL  60602 | Michael J. Hodge (P25146) |
| (312) 224-4695 | Attorney for Defendant |
| (312) 253-4451 (Facsimile) | One Michigan Avenue, Suite 900 |
| email:  michael@agrusslawfirm.com | Lansing, MI  48933 |
| | (517) 487-2070 |
| | (517) 374-6304 (Facsimile) |
| | email: eldridge@millercanfield.com |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LIMITED PARTNERSHIP, WITHOUT FEES OR COSTS TO ANY PARTY**

It is hereby stipulated and agreed between Plaintiff Darci Ravenscraft ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"), through their undersigned counsel, that:

(1) all claims asserted, or which could have been asserted, against GC Services in the above-captioned matter are to be dismissed with prejudice in their entirety;

(2) Plaintiff and GC Services shall each be responsible for their own attorneys fees and costs; and

(3) this stipulation evinces the intent of the parties to have the Court enter a final Order

closing this matter, including all related claims.

A proposed Order is attached for the Court's convenience.

**APPROVED AS TO FORM:**

| | |
|---|---|
| /s/ Michael S. Agruss (with permission) | /s/ Scott R. Eldridge |
| Michael S. Agruss | Scott R. Eldridge (P66452) |
| Agruss Law Firm, LLC | Miller, Canfield, Paddock and Stone, PLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 22 W. Washington St., Suite 1500 | One Michigan Ave., Suite 900 |
| Chicago, IL 60602 | Lansing, MI 48933 |
| (312) 224-4695 | (517) 483-4918 |
| (312) 253-4451 (Facsimile) | (517) 374-6304 (Facsimile) |
| email: michael@agrusslawfirm.com | email: eldridge@millercanfield.com |

**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LIMITED PARTNERSHIP, WITHOUT FEES OR COSTS TO ANY PARTY**

Pursuant to the attached stipulation between Plaintiff Darci Ravenscraft ("Plaintiff") and

Defendant GC Services, Limited Partnership ("GC Services"):

(1) All claims asserted, or which could have been asserted, against GC Services in the

above-captioned matter are hereby **DISMISSED WITH PREJUDICE** in their entirety;

(2) Plaintiff and GC Services shall each be responsible for their own attorneys fees and

costs; and

(3) This is a final Order closing this matter, including all related claims.

**IT IS SO ORDERED.**

_____
Hon. Marianne O. Battani
United States District Court
Eastern District of Michigan

Dated: _____

21369464.1\031578-00065